**716**

■ In the Matter of M. MALCOLM FRIEDMAN, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by respondent to further postpone the effective date of the suspension order, granted; respondent's suspension from the practice of the law shall take effect November 15, 1962. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ In the Matter of EVELYN LAMBERT et al., Respondents, v. ADOLPH HERMAN, Appellant.— Motion by appellant to stay order, pending appeal therefrom denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ THEODORE LAWRUK, by His Attorney in Fact, JOAN LAWRUK, Respondents, v. ALFRED J. WILLIAMS, Appellant.— Motion by appellant for a stay of interlocutory judgment, pending appeal therefrom, granted on the following conditions: (1) that within 10 days after entry of the order hereon, appellant shall file and serve an undertaking for $20,000, with corporate surety, to the effect that he will comply with all orders and judgments of the court in the action; and (2) that appellant shall perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before October 1, 1962. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ PRESCOTT JENNINGS, JR., et al., Appellants, v. HIGH FARMS CORPORATION et al., Repondents. PRESCOTT JENNINGS, JR., et al., Appellants, v. HIGH FARMS CORPORATION et al., Defendants, and THOMAS R. PYNCHON, as Superintendent of Highways of the Town of Oyster Bay, Respondents.— Motion by appellants to enjoin certain of the respondents from entering upon appellants' premises, pending appeals, denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ J. ITALIANO, INC., Respondent, v. PHILIP SCHWARTZ et al., Appellants.— Motion by respondent to dismiss appeal granted; appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of BENEDETTO EVANGELISTA, Deceased. CITY OF NEW YORK, Appellant; MARIA EVANGELISTA, as Administratrix, Respondent.— Motion by appellant for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before October 1, 1962. Ughetta, Acting P. J., KLEINFELD, HILL, RABIN and HOPKINS, JJ., concur.

■ SOUTH SHORE SKATE CLUB, INC., Respondent, v. MARILYN FATSCHER, Also Known as MARILYN CAIN, Appellant.— Motion by respondent to dismiss appeal granted, unless appellant shall serve and file her brief on or before September 5, 1962. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ TEXACO, INC., Respondent, v. TEX BAYSIDE SERVICE STATION INCORPORATED, Appellant.— Motion by tenant appellant for leave to appeal to this court from an order of the Appellate Term of the Supreme Court, denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.